UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOWARD R. L. COOK, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 82-0400
) NHJ/PJA
JAMES H. BILLINGTON, )
)
Defendant. )
_____)

**ORDER**

FILED
JUL -10 2001
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, to and including July 13, 2001, within which to respond to Plaintiffs Nix and Davis First Set of Interrogatories and Requests for Production of Documents, and response thereto, and the record in this case, it is this ___10th___ day of July, 2001

ORDERED that the motion should be, and hereby is, GRANTED.

_____
UNITED STATES DISTRICT JUDGE
(Norma Holloway Johnson)

COPIES TO:

Ernest A. Tuckett
Arent Fox Kintner Plotkin & Kahn, PLLC
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339

Madelyn E. Johnson
Assistant U.S. Attorney
555 4th Street, N.W.
10th Floor
Washington, D.C. 20001